ORIGINAL

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) CR 09-00206SOM-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | |
| | | DOCKET NUMBER (Rec. Court) CR 13 784 RS |
| NAME OF PROBATIONER/SUPERVISED RELEASEE: JUSTIN STEVERSON | DISTRICT District of Hawaii | DIVISION Honolulu |
| | NAME OF SENTENCING JUDGE Susan Oki Mollway | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 8/27/2013 — TO 8/26/2018 |

**OFFENSE**

ATTEMPT TO POSSESS WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE, in violation of 21 USC §§ 841(a)(1), 841(b)(1)(A) and 846

FILED
DEC - 4 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **NORTHERN DISTRICT OF CALIFORNIA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

OCT 29 2013
Date

SUSAN OKI MOLLWAY
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

DECEMBER 2, 2013.
Effective Date

United States District Judge